UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,

    v.                                  Civil No. 04-CV-0794
                                        (GLS)

$27,680.00 in UNITED STATES
CURRENCY,

        Defendant.

### Order Barring All Further Claims

    This matter having come before the court at Albany, New York, on November 4, 2004, for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; Anthony Parisi, having appeared and sought permission to interpose a verified claim of ownership and verified answer to the complaint for forfeiture, and

    There being no other claims or answers interposed, or sought to be interposed, and there being no appearance, other than that of Parisi, at the call of the calendar on November 4, 2004, on behalf of any other parties, it is hereby

**ORDERED** that on or before **TWENTY (20) DAYS OF THE DATE THIS ORDER IS ENTERED**, Anthony Parisi shall file a verified claim of ownership to the currency which is the subject of this *in rem* action and a verified answer to the complaint for forfeiture, subject to a further order of this court forever barring and foreclosing such claim should he fail to comply, and it is further

**ORDERED**, that other than a claim filed in compliance with this order by Anthony Parisi, all further claims to the subject property are hereby barred and foreclosed forever, and it is further

**ORDERED**, that subject to compliance with the terms of this order by Anthony Parisi, that the claim of Anthony Parisi shall proceed into the discovery stage.

**SO ORDERED.**

Date: April 5, 2005
Albany, New York

Gary L. Sharpe
U.S. District Judge